

McGREGOR W. SCOTT
United States Attorney
STANLEY A. BOONE
SHEILA K. OBERTO
Assistant U.S. Attorneys
3654 Federal Building
1130 "O" Street
Fresno, California 93721
Telephone: (559) 498-7272

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE SEARCHES OF:<br><br>291 N. Maple Avenue<br>Fresno, California 93702<br><br>115 S. Willow Avenue<br>Fresno California 93727<br><br>4530 E. Mono Street,<br>Fresno California 93702<br><br>346 S. Dearing Avenue<br>Fresno California 93702<br><br>820 North Street<br>Sanger California 93657<br><br>1638 10th Street<br>Sanger California 93657<br><br>622 Eastwood Avenue<br>Sanger California 93657 | S.W. NO. 06 SW 00082<br><br>**UNDER SEAL**<br><br>ORDER SEALING SEARCH WARRANT AFFIDAVIT |

The United States of America, having applied to this Court, for an Order permitting it to file the search warrant and applicant and affidavit in the above-entitled proceedings, together with its Application to Seal, Memorandum of Points and Authorities and the accompanying Declaration of Stanley A.

1

1 | Boone, under seal, and good cause appearing therefor,

2 | IT IS HEREBY ORDERED that the search warrant affidavit in
3 | the above-entitled proceeding, together with the Application To
4 | Seal of the United States Attorney and the accompanying
5 | Memorandum of Points and Authorities and Declaration of Stanley
6 | A. Boone, shall be filed with the Court <u>in</u> <u>camera</u>, under <u>seal</u>
7 | 
8 | and shall not be disclosed pending further order of this court.

9 |
10 |
11 | DATED: 3-31-06                    _____
12 |                                   LAWRENCE J. O'NEILL
                                       U.S. Magistrate Judge

1